IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MARTON | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CAROSELLA AND RUSSO ENTERPRISES, INC., d/b/a C & R BUILDING SUPPLY | : : : | NO. 15-3791 |

**O R D E R**

**AND NOW**, this     23rd     day of September, 2015, upon consideration of Defendant's Motion to Dismiss Count II of Plaintiff's Complaint (Doc. No. 5) it is hereby **ORDERED** that the Motion is **DENIED**.

Defendant is given ten (10) days from the date of this Order to file an answer to Plaintiff's Complaint.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE